STATE, EX REL. DAWES COUNTY AGRICULTURAL AND FAIR ASSOCIATION, APPELLEE, V. J. E. STRAIT ET AL., APPELLEES: H. J. STROHMEYER ET AL., APPELLANTS.

FILED MAY 23, 1930. No. 27260.

*J. E. Porter,* for appellants.

*F. A. Crites, Allen G. Fisher* and *Charles A. Fisher,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and EBERLY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This is an action in mandamus to compel payment to the relator of the sum of $2,000 alleged to have been levied in the year 1928 for the support of relator. The district court for Dawes county found in favor of relator and interveners have appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.